**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Case No.: 2:23-cv-850

MARION E IGLECIA,
An Individual,

      Plaintiff,

v.

HANANIA-RICHARDSON MOTORCARS, LLC,
d/b/a COCONUT POINT HONDA
A Foreign Limited Liability Company,

      Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
**<u>AND CORPORATE DISCLOSURE STATEMENT</u>**

Plaintiff, MARION IGLECIA, ("Plaintiff") files this Certificate of Interested

Persons and Corporate Disclosure Statement under Rule 7.1 of the Federal Rules of

Civil Procedure, and states:

1. The name of each person, attorney, association of persons, firm, law firm,

    partnership, and corporation that has or may have an interest in the outcome

    of this action – including subsidiaries, conglomerates, affiliates, parent

    corporations, publicly-traded companies that own 10% or more of a party's

    stock, and all other identifiable legal entities related to *any* party in the case:

    a.  MARION E IGLECIA - Plaintiff

    b.  SUE YOUR DEALER – A LAW FIRM - Counsel for Plaintiff

    c.  JOSHUA FEYGIN, ESQ. - Counsel for Plaintiff

    d.  HANANIA-RICHARDSON MOTORCARS, LLC, d/b/a COCONUT
       POINT HONDA – Defendant

2.  The name of every other entity whose publicly-traded stock, equity, or debt
    may be substantially affected by the outcome of the proceedings:

    a.  None.

3.  The name of every other entity which is likely to be an active participant in
    the proceedings, including the debtor and members of the creditors'
    committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a.  None.

4.  The name of each victim (individual or corporate) of civil and criminal
    conduct alleged to be wrongful, including every person who may be entitled
    to restitution:

    a.  MARION E IGLECIA

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning

of any such conflict. I further certify that I have inserted "None" if there is no

actual or potential conflict of interest.


Dated: October 6, 2023

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, MARION E IGLECIA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.


_____/s/_____

_

JOSHUA FEYGIN, ESQ.
FLORIDA BAR NO.: 124685