IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No: 2:23-cv-850

| | |
|---|---|
| MARION E IGLECIA,<br>An Individual,<br><br>                Plaintiff,<br><br>v.<br><br>HANANIA-RICHARDSON MOTORCARS,<br>LLC, d/b/a COCONUT POINT HONDA,<br>A Foreign Limited Liability Company,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS**

Attorney Sarah Cibula Feller of the law firm Newhart Legal, P.A. appears as counsel for Plaintiff and requests that copies of all pleadings and papers filed in this case be served electronically to the designated email address provided below.

                Respectfully Submitted,

                /s/ Sarah Cibula Feller
                Sarah Cibula Feller, Esq.
                FL Bar No: 1027809
                E-mail: sarah@newhartlegal.com
                          darren@newhartlegal.com
                NEWHART LEGAL, P.A.
                14611 Southern Blvd. Suite 1351
                Loxahatchee, FL 33470
                Telephone: (561) 331-1806
                Facsimile:  (561) 473-2946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2023, I electronically filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via e-service or in some other authorized manner for those counsel or parties who are not authorized to receive e-service.

/s/ Sarah Cibula Feller
Sarah Cibula Feller, Esq.

## SERVICE LIST

All counsel of record.