**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Case No.: 2:23-cv-00850-JLB-NPM

MARION E. IGLECIA,
An Individual,

      Plaintiff,

v.

HANANIA-RICHARDSON MOTORCARS, LLC,
d/b/a COCONUT POINT HONDA,
A Florida Limited Liability Company,

      Defendant.

_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, MARION E. IGLECIA, by and through undersigned counsel, and

pursuant to M.D. Fla. Local Rule 2.02, hereby notify the Court that Joshua Feygin,

Esquire is Plaintiff's lead counsel.

Dated: October 10, 2023

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW
FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, MARION E.*
*IGLECIA*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 10, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.


_____/s/_____
JOSHUA FEYGIN, ESQ.
FLORIDA BAR NO.: 124685