# RETURN OF SERVICE

**State of Florida**  **County of Middle District**

Case Number: 2:23-CV-850-JLB-NPM

AFL2023004238

Plaintiff: **Marion E Iglecia**
vs.
Defendants: **Hanania-Richardson Motorcard, LLC, d/b/a Coconut Point Honda, A Foreign Limited Liability Company**

For:
Joshua E Feygin
Sue Your Dealer
1930 Harrison St Suite 208F
Hollywood, FL 33020

Received by Becky Levin on the 10th day of October, 2023 at 12:49 pm to be served on **Hanania-Richardson Motorcards, LLC. d/b/a Coconut Point Honda C/o its registered agent: Bajalia Law, 7645 Gate Parkway #106, Jacksonville, FL 32256**.

I, Becky Levin, do hereby affirm that on the **19th day of October, 2023** at **1:00 pm, I:**

served the **REGISTERED AGENT for Hanania-Richardson Motorcards, LLC.** by delivering a true copy of the **CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBIT A; PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy, to: **Michael Bajalia** as **Registered Agent** at the address of: **7645 Gate Parkway #106, Jacksonville, FL 32256** on behalf of **Hanania-Richardson Motorcards, LLC. d/b/a Coconut Point Honda C/o its registered agent: Bajalia Law**, and informed said person of the contents therein, in compliance with state statutes.

if a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to serve process in the state where the person or entity is served) Notary Required.

**Becky Levin**
Process Server, # 1065

**All Florida Process, LLC**
**8578 Thims Avenue**
**Jacksonville, FL 32221**
**(904) 240-2542**

Our Job Serial Number: AFL-2023004238

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V

```
                                    DELIVERED  10/19/2023 01:00 PM
                                    SERVER     RJL
AO 440 (Rev. 06/12) Summons in a Civil Action
                                    LICENSE    Process Server, # 1065
```

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MARION E IGLECIA,<br>An Individual,<br><br>*Plaintiff(s)*<br>v.<br>HANANIA-RICHARDSON MOTORCARS, LLC,<br>d/b/a COCONUT POINT HONDA,<br>A Foreign Limited Liability Company,<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-850-JLB-NPM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HANANIA-RICHARDSON MOTORCARS, LLC, d/b/a COCONUT POINT HONDA
C/o its Registered Agent:
Bajalia Law Office, P.A.
7645 Gate Parkway
#106
Jacksonville, FL 32256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SUE YOUR DEALER - A LAW FIRM
1930 HARRISON STREET
SUITE 208 F
HOLLYWOOD, FL 33020
P:  954.228.5674
F:  954.697.0357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 10, 2023

EstrellaMelians

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-850-JLB-NPM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HANANIA-RICHARDSON MOTORCARS, LLC, d/b/a COCONUT POINT HONDA C/o its Registered Agent: Bajalia Law Office, P.A.

was received by me on *(date)* 10/10/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michael Bajalia as Registered Agent, who is designated by law to accept service of process on behalf of *(name of organization)* HANANIA-RICHARDSON MOTORCARS, LLC, d/b/a COCONUT POINT HONDA on *(date)* 10/19/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/19/2023

*Server's signature* Becky Levin

Becky Levin / Process Server
*Printed name and title*

All Florida Process, LLC
8578 Thims Avenue
Jacksonville, FL  32221
*Server's address*

Additional information regarding attempted service, etc: