UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.: 2:23-cv-00850-JLB-NPM

MARION E IGLECIA,
An Individual,

    Plaintiff,

v.

HANANIA-RICHARDSON MOTORCARS, LLC,
d/b/a COCONUT POINT HONDA,
A Florida Limited Liability Company,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, by and through respective counsel, and hereby file this Joint Notice of Voluntary Dismissal with Prejudice as to Defendant HANANIA-RICHARDSON MOTORCARS, LLC, d/b/a COCONUT POINT HONDA. Each party to bear their own attorney's fees and costs.

Dated: November 27, 2023

Respectfully Submitted:

| | |
|---|---|
| */s/ Joshua Feygin* | */s/ Michael Bajalia* |
| **Joshua Feygin** | **Michael Bajalia, Esq.** |
| Florida Bar No. 124685 | Florida Bar No. 908517 |
| **JOSHUA FEYGIN, PLLC** | **BAJALIA LAW OFFICE, P.A.** |
| 1930 Harrison Street | 7645 Gate Pkwy |
| Suite 208F | Ste 106 |
| Hollywood, Florida 33020 | Jacksonville, FL 32256-2890 |

| | |
|---|---|
| Phone:  (954) 228-5674 | Phone: 904 352-1121 |
| Fax:     (954) 697-0357 | Fax: 904 352-1160 |
| Email:  Josh@JFeyginesq.com | Email: |
| *Counsel for Plaintiff* | mbajalia@bajalialawoffice.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 27, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin  
JOSHUA FEYGIN, ESQ.  
FL Bar No.: 124685
