**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Case No.: 2:23-cv-00850-JLB-NPM

MARION E IGLECIA,
An Individual,

    Plaintiff,

v.

HANANIA-RICHARDSON MOTORCARS, LLC,
d/b/a COCONUT POINT HONDA,
A Florida Limited Liability Company,

    Defendant.
_____/

## **NOTICE OF COMPLIANCE WITH LOCAL RULE 2.01**

The undersigned counsel hereby provides notice of his compliance with Local Rule 2.01 (b)(2)(B) by providing updated mailing address, telephone numbers and email addresses through PACER.

Dated: November 28, 2023

                                                Respectfully Submitted:
                                                */s/ Michael Bajalia*
                                                **Michael Bajalia, Esq.**
                                                Florida Bar No. 908517
                                                **BAJALIA LAW OFFICE, P.A.**
                                                7645 Gate Parkway, Suite 106
                                                Jacksonville, FL 32256-2890
                                                Phone: 904 352-1121
                                                Fax: 904 352-1160
                                                Email: mbajalia@bajalialawoffice.com
                                                *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 28, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

                                               /s/ Michael M. Bajalia  
                                               MICHAEL M. BAJALIA, ESQ.  
                                               FL Bar No.: 908517